PER CURIAM.
 

 We initially accepted jurisdiction to review the decision of the Second District Court of Appeal in
 
 Wightman v. State,
 
 982 So.2d 74 (Fla. 2d DCA 2008), based on express and direct conflict with
 
 State v. Generazio,
 
 691 So.2d 609 (Fla. 4th DCA 1997), and
 
 Lazarowicz v. State,
 
 561 So.2d 392 (Fla. 3d DCA 1990). After further consideration, we conclude that jurisdiction was improvidently granted. Accordingly, we hereby discharge jurisdiction and dismiss review.
 

 It is so ordered.
 

 QUINCE, C.J., and PARIENTE, LEWIS, CANADY, POLSTON, LABARGA, and PERRY, JJ., concur.